UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alpha DIALLO,<br><br>                                    Petitioner,<br><br>v.<br><br>Jeremy CASEY, et al.,<br><br>                                    Respondent. | Case No.:  26-cv-3001-AGS-BJW<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

Petitioner Alpha Diallo seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. The government "concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." (ECF 8, at 1.) The Court thus **GRANTS** the petition and orders that petitioner receive such a bond hearing by June 3, 2026.

Diallo also moved to proceed *in forma pauperis*, or without paying the typically required $5 habeas corpus filing fee. *See* 28 U.S.C. § 1914(a); *see also Hymas v. U.S. Dep't of the Interior*, 73 F.4th 763, 765 (9th Cir. 2023) (holding that when an "IFP application is denied altogether, Plaintiff's case [cannot] proceed unless and until the fee[s] [a]re paid"). Because petitioner claims to have "$0" (ECF 2, at 1–2), the IFP request is **GRANTED**.

All pending deadlines and hearings are vacated, and the motion for counsel appointment (ECF 3) is denied as moot. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  May 20, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-3001-AGS-BJW