

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Alpha Diallo

**Civil Action No.** 26-cv-03001-AGS-BJW

**Plaintiff,**

**V.**

Jeremy Casey, Warden

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the Petition for Writ of Habeas Corpus and orders that petitioner receive such a bond hearing by June 3, 2026.

**Date:**        5/20/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy